APPEAL,CLOSEDFILE

# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:05−cr−00194−DRD−1

Case title: USA v. Colon−Diaz et al

Related Case: 3:09−cv−01472−DRD

Date Filed: 06/02/2005

Date Terminated: 09/29/2006

Assigned to: Judge Daniel R. Dominguez

Appeals court case number: '06−2550'

### Defendant (1)

**Edwin Colon−Diaz**
*TERMINATED: 09/29/2006*
*also known as*
El Quemado
*TERMINATED: 09/29/2006*

represented by **Alexander Zeno**
P.O. Box 42296
Washington, DC 20015
787−638−7818
Email: alexanderzeno@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rafael F. Castro−Lang**
Castro &Castro Law Office
PO Box 9023222
San Juan, PR 00902−3222
787−723−3672
Fax: (787)725−4133
Email: castrolang@centennialpr.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Antonio Bauza−Torres**
Cond. Le Mans
Ave. Munoz Rivera #602
Suite 402
Hato Rey, PR 00918
787−751−1774
Fax: 787−751−1774
Email: abauza0418@yahoo.com
*TERMINATED: 07/28/2006*
*Designation: Retained*

### Pending Counts

21:846 CONSPIRACY TO
DISTRIBUTE HEROIN, COCAINE,

### Disposition

TERM OF IMPRISONMENT: 240 MONTHS as
to each counts One (1) thru Five (5) to be served

| | |
|---|---|
| MARIHUANA<br>(1s) | concurrently with each other. SUPERVISED RELEASE TERM: TEN (10) years as to each counts One (1) thru Five (5) to be served concurrently with each other. SMA: $500.00. |
| 21:841(a)(1)(b)(1)(B)(i), 860 and 18:2 NARCOTICS – SELL, DISTRIBUTE, OR DISPENSE<br>(2s–5s) | TERM OF IMPRISONMENT: 240 MONTHS as to each counts One (1) thru Five (5) to be served concurrently with each other. SUPERVISED RELEASE TERM: TEN (10) years as to each counts One (1) thru Five (5) to be served concurrently with each other. SMA: $500.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE NARCOTICS, HEROIN, COCAINE, MARIHUANA<br>(1) | Dismissed |
| 21:841(a)(1)(b)(1)(B)(i),860 and 18:2 A/A, NARCOTICS – SELL, DISTRIBUTE, OR DISPENSE HEROIN<br>(2–5) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Interested Party**

| **US Probation** | represented by | **Dina Avila–Jimenez**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Interested Party**

**US Pretrial Services**
*TERMINATED: 12/20/2006*

2

**Plaintiff**

**USA**                                          represented by    **Dina Avila–Jimenez**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–766–5398
Email: dina.avila@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cesar S. Rivera–Giraud**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–771–4050
Email: cesar.rivera@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Guillermo A. Gil–Bonar**
United States Attorney's Office
350 Carlos Chardon St.
Suite 1201
San Juan, PR 00918
787–282–1815
Fax: 787–766–6222
Email: guillermo.gil@usdoj.gov
*TERMINATED: 05/15/2006*
*Designation: Retained*

**Jose A. Contreras**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Fax: 787–772–4012
Email: jose.a.contreras@usdoj.gov
*TERMINATED: 08/26/2015*
*Designation: Retained*

**Jose A. Ruiz–Santiago**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave

San Juan, PR 00918
787–282–1809
Fax: 787–766–6222
Email: jose.ruiz3@usdoj.gov
*TERMINATED: 11/01/2013*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/02/2005 | 1 | | MOTION to Seal Case by USA as to all defendants. (np, ) Modified on 6/6/2005 (np, ) (Entered: 06/06/2005) |
| 06/02/2005 | | | ENDORSED ORDER granting 1 Motion to Seal Case as to all defendants. Signed by Magistrate Judge Aida M. Delgado–Colon on 6/2/05. (np, ) Modified on 6/6/2005 (np, ) (Entered: 06/06/2005) |
| 06/02/2005 | 2 | | SEALED INDICTMENT as to Edwin Colon–Diaz (1) count(s) 1, 2–5, Angel Martell–Robles (2) count(s) 1, 2–5, Victor M. Diaz–Del–Valle (3) count(s) 1, 2–5, Marcial Torres–Figueroa (4) count(s) 1, 2–5, Angel Roman–Ayala (5) count(s) 1, 2–5, Zuleika Lozada–Santiago (6) count(s) 1, 2–5, Jose Carvente–Guzman (7) count(s) 1, 2–5, Manuel Sabo–Santiago (8) count(s) 1, 2–5, Juan G. Rodriguez–Rodriguez (9) count(s) 1, 2–5, Adan Rodriguez–Medina (10) count(s) 1, 2–5, Felipe Cuadrado–Rosario (11) count(s) 1, 2–5, Jose L. Rodriguez–Ortiz (12) count(s) 1, 2–5, Rafael Soto–Torres (13) count(s) 1, 2–5, Jose A. Otero–Cruz (14) count(s) 1, 2–5, Dagmar Rodriguez–Andrades (15) count(s) 1, 2–5, Benjamin Perez–Alvarez (16) count(s) 1, 2–5, Mike Maldonado–Maldonado (17) count(s) 1, 2–5, Juan J. Del–Valle–Melendez (18) count(s) 1, 2–5, Noel R. Robles–Cruz (19) count(s) 1, 2–5. (np, ) (Entered: 06/06/2005) |
| 06/02/2005 | 3 | | Minute Entry for proceedings held before Judge Aida M. Delgado–Colon :Return of Indictment by Grand Jury as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Jose Carvente–Guzman, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz held on 6/2/2005. WAs to be issued. The indictment is to be unsealed upon the arrest of the first defendant. (np, ) (Entered: 06/06/2005) |
| 06/02/2005 | 4 | | ARREST Warrants Issued by Magistrate Judge Aida M. Delgado–Colon in case as all defendants (np, ) (Entered: 06/06/2005) |
| 06/02/2005 | 5 | | MOTION to detain without bail by USA as to Edwin Colon–Diaz. (np, ) (Entered: 06/09/2005) |
| 06/02/2005 | | | ENDORSED ORDER granting 5 Motion to detain without bail as to Edwin Colon–Diaz (1). Signed by Judge Aida M. Delgado–Colon on 6/2/05. (np, ) (Entered: 06/09/2005) |
| 06/28/2005 | | | Arrest of Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Zuleika Lozada–Santiago, Jose Carvente–Guzman, Manuel Sabo–Santiago, Adan Rodriguez–Medina, |

| | | |
|---|---|---|
| | | Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz (sr, ) (Entered: 06/29/2005) |
| 06/28/2005 | 54 | Minute Entry for proceedings held before Magistrate Judge Aida M. Delgado–Colon :Initial Appearance as to Edwin Colon–Diaz held on 6/28/2005, Set/Reset Hearings as to Edwin Colon–Diaz: **Arraignment set for 7/8/2005 09:30 AM in ADC's Courtroom before US Magistrate Judge Aida M. Delgado–Colon.** (Court Reporter None.) (sr, ) (Entered: 06/29/2005) |
| 06/28/2005 | 55 | ORDER OF TEMPORARY DETENTION as to Edwin Colon–Diaz . Signed by Magistrate Judge Aida M. Delgado–Colon on 6/28/05. (sr, ) (Entered: 06/29/2005) |
| 06/28/2005 | 56 | NOTICE OF ATTORNEY APPEARANCE: Antonio Bauza–Torres appearing for Edwin Colon–Diaz (sr, ) (Entered: 06/29/2005) |
| 06/28/2005 | 65 | Minute Entry for settings by Clerk :Minute as to Edwin Colon–Diaz, Set/Reset Hearings as to Edwin Colon–Diaz: **Per request of defense counsel the Arraignment and Bail Hearing are reset for 7/8/2005 at 11:00 AM in ADC's Courtroom before US Magistrate Judge Aida M. Delgado–Colon.** (Court Reporter None.) (sr, ) (Entered: 06/30/2005) |
| 07/08/2005 | 100 | Minute Entry for proceedings held before Magistrate Judge Aida M. Delgado–Colon : PONG entered as to all counts.Arraignment as to Edwin Colon–Diaz (1) Count 1,2–5 held on 7/8/2005, Bail Hearing as to Edwin Colon–Diaz held on 7/8/2005. Deft to remain U/C pending trial. Order to issue.  (Court Reporter FTR.) (sr, ) (Entered: 07/11/2005) |
| 07/19/2005 | 111 | ARREST Warrant Returned Executed on 6/28/05 in case as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago. (ov, ) Modified on 7/20/2005 to exclude Angel Roman–Ayalan(See dkt #112)(ov, ). (Entered: 07/20/2005) |
| 08/02/2005 | 120 | ORDER:  **Status Conference is set for August 9, 2005 at 8:45 a.m.** IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 08/02/2005. (om, ) (Entered: 08/02/2005) |
| 08/04/2005 | 127 | ***FILED IN ERROR*** MISSING PDF. INFORMATIVE motion *re: Discovery* by USA as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Perez–Alvarez, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz. (Gil–Bonar, Guillermo) Modified on 8/9/2005 (np, ). (Entered: 08/04/2005) |

| | | | |
|---|---|---|---|
| 08/04/2005 | 128 | | Amended INFORMATIVE motion *re: Discovery* by USA as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz. (Gil–Bonar, Guillermo) (Entered: 08/04/2005) |
| 08/05/2005 | 130 | | ORDER OF DETENTION PENDING TRIAL as to Edwin Colon–Diaz . Signed by Aida M. Delgado–Colon, U.S.Magistrate Judge on 7/29/05. (sr, ) (Entered: 08/05/2005) |
| 08/05/2005 | 136 | | ORDER as to all defendants: **Status Conference previously set for August 9, 2005 is hereby reset for August 10, 2005 at 8:45 a.m.** IT IS SO ORDERED.Signed by Judge Daniel R. Dominguez on 08/05/2005. (om, ) (Entered: 08/05/2005) |
| 08/10/2005 | 140 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez as to Edwin Colon–Diaz, et al,. held on 8/10/2005. **2nd Status Conference set for 9/26/2005 at 5:00 p.m. before Judge Daniel R. Dominguez.** (Court Reporter Donna W. Dratwa.) (om, ) (Entered: 08/11/2005) |
| 08/19/2005 | 142 | | INFORMATIVE motion *Concerning Plea Offers* by USA as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz. (Gil–Bonar, Guillermo) (Entered: 08/19/2005) |
| 08/19/2005 | 143 | | ORDER noted 142 Informative Motion as to Edwin Colon–Diaz (1), Angel Martell–Robles (2), Victor M. Diaz–Del–Valle (3), Marcial Torres–Figueroa (4), Felipe Cuadrado–Rosario (11), Jose L. Rodriguez–Ortiz (12), Rafael Soto–Torres (13), Jose A. Otero–Cruz (14), Dagmar Rodriguez–Andrades (15), Benjamin Perez–Alvarez (16), Mike Maldonado–Maldonado (17), Juan J. Del–Valle–Melendez (18), Noel R. Robles–Cruz (19). Signed by Judge Daniel R Dominguez on 8–19–05. (nild, ) (Entered: 08/19/2005) |
| 09/07/2005 | 152 | | Minute of proceedings of Status Conference held on August 10, 2005, Docket No. 140, Item Number 3 is amended as follows: (3) The government prepared a discovery package, which included documents and videos. Five copies of the videos were made, and provided to counsel Jorge Rivera, John Ward, Ernesto Reyes, Jason Gonzalez, and AFPD Francisco Valcarcel. They were the first five (5) counsel that picked up the discovery, and were advise that they need to share the videos with co–counsel. As of today, counsel Noriega and Suarez Santa have not pick up the discovery |

| | | | |
|---|---|---|---|
| | | | package, which is ready to be provided. Counsel Luis Rivera *GONZALEZ* requested to duplicate more copies of the tapes in a DVD format for attorneys in this case, and then bill the CJA for the time of production. The petition is granted. (om, ) (Entered: 09/07/2005) |
| 09/08/2005 | 154 | | Notice to all counsel as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz. Counsel Luis Rivera Gonzalez has provided to the Court, as part of the discovery in this case, a video copy. The video copy will be left at the Clerk's Office for counsel review. Arrangements shall be made with Omar Flaquer, Case Manager/Courtroom Deputy Clerk, for Judge Daniel R. Dominguez U.S. District Court for the District of Puerto Rico Tel. 787–772–3051 E–Mail: Omar_Flaquer@prd.uscourts.gov. (om, ) (Entered: 09/08/2005) |
| 09/08/2005 | 155 | | INFORMATIVE motion *Re: Video Tapes* by Adan Rodriguez–Medina (Rivera–Gonzalez, Luis) (Entered: 09/08/2005) |
| 09/13/2005 | | | ENDORSED ORDER as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, and Noel R. Robles–Cruz in re Docket No. 155, INFORMATIVE motion, is NOTED. IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 09/13/2005. (om, ) (Entered: 09/13/2005) |
| 09/14/2005 | 158 | | AMENDED ORDER as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz, Re: Docket 155. NOTED. All defendants must also note the availability of the videos . Signed by Judge Daniel R Dominguez on 9–14–05. (nild, ) (Entered: 09/14/2005) |
| 09/22/2005 | 168 | | SUPERSEDING INDICTMENT as to Edwin Colon–Diaz (1) count(s) 1s, 2s–5s, Angel Martell–Robles (2) count(s) 1s, 2s–5s, Victor M. Diaz–Del–Valle (3) count(s) 1s, 2s–5s, Marcial Torres–Figueroa (4) count(s) 1s, 2s–5s, Angel Roman–Ayala (5) count(s) 1s, 2s–5s, Zuleika Lozada–Santiago (6) count(s) 1s, 2s–5s, Esteban Estrada–Diaz (7) count(s) 1s, 2s–5s, Manuel Sabo–Santiago (8) count(s) 1s, 2s–5s, Juan G. Rodriguez–Rodriguez (9) count(s) 1s, 2s–5s, Adan Rodriguez–Medina (10) count(s) 1s, 2s–5s, Felipe Cuadrado–Rosario (11) count(s) 1s, 2s–5s, |

| | | | |
|---|---|---|---|
| | | | Jose L. Rodriguez–Ortiz (12) count(s) 1s, 2s–5s, Rafael Soto–Torres (13) count(s) 1s, 2s–5s, Jose A. Otero–Cruz (14) count(s) 1s, 2s–5s, Dagmar Rodriguez–Andrades (15) count(s) 1s, 2s–5s, Benjamin Perez–Alvarez (16) count(s) 1s, 2s–5s, Mike Maldonado–Maldonado (17) count(s) 1s, 2s–5s, Juan J. Del–Valle–Melendez (18) count(s) 1s, 2s–5s, Noel R. Robles–Cruz (19) count(s) 1s, 2s–5s, Saul Andrades–Millan (20) count(s) 1, 2–5, Antonio Morales–Torres (21) count(s) 1, 2–5, Ramon Santiago-Almanzar (22) count(s) 1, 2–5. (np, ) (Entered: 09/27/2005) |
| 09/22/2005 | 169 | | Minute Entry for proceedings held before Judge Aida M. Delgado–Colon :Return of Indictment by Grand Jury as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz, Saul Andrades–Millan, Antonio Morales–Torres, Ramon Santiago-Almanzar held on 9/22/2005 WA to be issued as to defts 20–22(Court Reporter FTR.) (np, ) (Entered: 09/27/2005) |
| 09/26/2005 | 177 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez to be read by all parties:2nd Status Conference as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez,and Noel R. Robles–Cruz held on 9/26/2005. **3rd Status Conference set for October 13, 2005 at 4:30 p.m. before Judge Daniel R. Dominguez.** (Court Reporter Diane Breaz.) (om, ) (Entered: 09/29/2005) |
| 10/13/2005 | 199 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :3rd Status Conference as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz, Saul Andrades–Millan, Antonio Morales–Torres held on 10/13/2005. **Change of plea Motions due by 10/18/2005. 4th Status Conference set for 11/28/2005 04:30 PM before Judge Daniel R. Dominguez.** (om, ) (Entered: 10/14/2005) |
| 10/19/2005 | 224 | | INFORMATIVE motion re plea negotiations by USA as to Edwin |

| | | | |
|---|---|---|---|
| | | | Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz, Saul Andrades–Millan, Antonio Morales–Torres. (Gil–Bonar, Guillermo) Modified on 10/21/2005 adding text (np, ). (Entered: 10/19/2005) |
| 10/19/2005 | 225 | | ORDER noted 224 Informative Motion as to Edwin Colon–Diaz (1), Angel Martell–Robles (2), Victor M. Diaz–Del–Valle (3), Marcial Torres–Figueroa (4), Angel Roman–Ayala (5), Zuleika Lozada–Santiago (6), Esteban Estrada–Diaz (7), Manuel Sabo–Santiago (8), Juan G. Rodriguez–Rodriguez (9), Adan Rodriguez–Medina (10), Felipe Cuadrado–Rosario (11), Jose L. Rodriguez–Ortiz (12), Rafael Soto–Torres (13), Jose A. Otero–Cruz (14), Dagmar Rodriguez–Andrades (15), Benjamin Perez–Alvarez (16), Mike Maldonado–Maldonado (17), Juan J. Del–Valle–Melendez (18), Noel R. Robles–Cruz (19), Saul Andrades–Millan (20), Antonio Morales–Torres (21). Signed by Judge Daniel R Dominguez on 10–19–05. (nild, ) (Entered: 10/19/2005) |
| 10/25/2005 | 263 | | First MOTION for Rule 404(b) Disclosure by Edwin Colon–Diaz. Suggestions in opposition/response due by 11/7/2005 (Bauza–Torres, Antonio) (Entered: 10/25/2005) |
| 10/25/2005 | 264 | | First MOTION to Produce *motion of defendant as to admissibility of co–conspirator's statement and/or proof of trial* by Edwin Colon–Diaz. Suggestions in opposition/response due by 11/7/2005 (Bauza–Torres, Antonio) (Entered: 10/25/2005) |
| 10/28/2005 | 265 | | RESPONSE in Opposition *and Joint Response to Defendant's Pre Trial Motions* by USA as to Edwin Colon–Diaz re 264 First MOTION to Produce *motion of defendant as to admissibility of co–conspirator's statement and/or proof of trial* filed by Edwin Colon–Diaz,, 263 First MOTION for Rule 404(b) Disclosure filed by Edwin Colon–Diaz, (Gil–Bonar, Guillermo) (Entered: 10/28/2005) |
| 11/28/2005 | 310 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Fourth Status Conference as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Mike Maldonado–Maldonado, Saul Andrades–Millan, Antonio Morales–Torres, Ramon Santiago–Almanzar held on 11/28/2005 **Plea Agreement due by 12/13/2005. Fifth Status Conference set for 1/11/2006 at 4:00 p.m.in DRD's Chambers before Judge Daniel R. Dominguez.** (om, ) (Entered: 12/01/2005) |
| 12/12/2005 | 321 | | ORDER granting 263 Motion for Rule 404(b) Disclosure as to Edwin Colon–Diaz (1); granting in part and denying in part 264 Motion to Produce as to Edwin Colon–Diaz (1).. Signed by Judge Daniel R Dominguez on 12–12–05. (nild, ) (Entered: 12/12/2005) |

| 01/11/2006 | 356 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Fifth Status Conference as to Edwin Colon–Diaz, and Ramon Santiago–Almanzar held on 1/11/2006. **Change of Plea Motions due by 2/6/2006. Sixth Status Conference set for 2/7/2006 04:00 PM.** (om, ) (Entered: 01/11/2006) |
|---|---|---|---|
| 02/07/2006 | 377 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Sixth Status Conference as to Edwin Colon–Diaz held on 2/7/2006. **Final Status Conference set for 3/22/2006 04:30 PM.** (om, ) (Entered: 02/09/2006) |
| 03/22/2006 | 468 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Final Status Conference as to Edwin Colon–Diaz held on 3/22/2006. **Cut Off change of plea Motion due by 4/6/2006. Jury Trial set for 5/17/2006 09:00 AM before Judge Daniel R. Dominguez.** (om, ) (Entered: 03/27/2006) |
| 03/29/2006 | 476 | | First MOTION Requesting Order *to provide seized personal belongings* by Edwin Colon–Diaz. (Bauza–Torres, Antonio) (Entered: 03/29/2006) |
| 04/13/2006 | 496 | | First MOTION to Compel *disclosure of any informant to be used as witness by the government* by Edwin Colon–Diaz. Suggestions in opposition/response due by 4/26/2006 (Bauza–Torres, Antonio) (Entered: 04/13/2006) |
| 04/13/2006 | 497 | | First MOTION in Limine by Edwin Colon–Diaz. Suggestions in opposition/response due by 4/26/2006 (Bauza–Torres, Antonio) (Entered: 04/13/2006) |
| 04/24/2006 | 503 | | ORDER as to Edwin Colon–Diaz. **Jencks due by 5/17/2006. Jury Instructions, Voir dire, Trial Brief, etc. due by 5/17/2006. Jury Trial set for 5/23/2006 at 9:00 a.m. before Judge Daniel R. Dominguez.** Signed by Judge Daniel R. Dominguez on 04/24/2006. (om, ) (Entered: 04/24/2006) |
| 05/04/2006 | 513 | | RESPONSE to Motion filed by USA as to Edwin Colon–Diaz re 497 First MOTION in Limine filed by Edwin Colon–Diaz, (Gil–Bonar, Guillermo) (Entered: 05/04/2006) |
| 05/04/2006 | 514 | | RESPONSE to Motion filed by USA as to Edwin Colon–Diaz re 496 First MOTION to Compel *disclosure of any informant to be used as witness by the government* filed by Edwin Colon–Diaz, (Gil–Bonar, Guillermo) (Entered: 05/04/2006) |
| 05/04/2006 | 515 | | Second MOTION for Disclosure by Edwin Colon–Diaz. Suggestions in opposition/response due by 5/17/2006 (Bauza–Torres, Antonio) (Entered: 05/04/2006) |
| 05/13/2006 | 516 | | Third MOTION for Disclosure *URGENT MOTION* by Edwin Colon–Diaz. Suggestions in opposition/response due by 5/26/2006 (Bauza–Torres, Antonio) (Entered: 05/13/2006) |

| 05/15/2006 | 517 | | NOTICE OF ATTORNEY APPEARANCE Dina Avila–Jimenez, Dina Avila–Jimenez appearing for USA. (Avila–Jimenez, Dina) (Entered: 05/15/2006) |
|---|---|---|---|
| 05/15/2006 | 518 | | First MOTION under Rule 12 *Designation of Evidence* by USA as to Edwin Colon–Diaz. Suggestions in opposition/response due by 5/30/2006 (Avila–Jimenez, Dina) (Entered: 05/15/2006) |
| 05/15/2006 | 519 | | First MOTION under Rule 16 *Notice of Intent to Use Expert Witnesses at Trial* by USA as to Edwin Colon–Diaz. Suggestions in opposition/response due by 5/30/2006 (Avila–Jimenez, Dina) (Entered: 05/15/2006) |
| 05/17/2006 | 520 | | Proposed Voir Dire by Edwin Colon–Diaz (Bauza–Torres, Antonio) (Entered: 05/17/2006) |
| 05/18/2006 | 521 | | First INFORMATIVE motion regarding Proposed Voir Dire and Jenks Material. by Edwin Colon–Diaz. (Bauza–Torres, Antonio) (Entered: 05/18/2006) |
| 05/20/2006 | 522 | | Second MOTION under Rule 12(b)(4)(A) and (B) *Amended Designation of Evidence* by USA as to Edwin Colon–Diaz. Suggestions in opposition/response due by 6/2/2006 (Avila–Jimenez, Dina) Modified on 5/22/2006 correcting title (np, ). (Entered: 05/20/2006) |
| 05/22/2006 | 523 | | Second INFORMATIVE motion *AS TO DISCOVEERY* regarding DISCOVERY AND IMPEACHMENT MATERIAL. by Edwin Colon–Diaz. (Bauza–Torres, Antonio) (Entered: 05/22/2006) |
| 05/22/2006 | 524 | | ORDER granting 516 Motion for Disclosure as to Edwin Colon–Diaz (1). The government is to provide the defendant with the impeachment evidence forthwith. Signed by Judge Daniel R Dominguez on 5–19–06. (nild, ) (Entered: 05/22/2006) |
| 05/22/2006 | 525 | | RESPONSE in Opposition *to Defendant's Proposed Voir Dire Questions* by USA as to Edwin Colon–Diaz (Avila–Jimenez, Dina) (Entered: 05/22/2006) |
| 05/23/2006 | 526 | | Proposed Jury Instructions by USA as to Edwin Colon–Diaz (Avila–Jimenez, Dina) (Entered: 05/23/2006) |
| 05/23/2006 | 529 | | *RESTRICTED* Jury List as to Edwin Colon–Diaz not to be published pursuant to the Privacy Act. (om, ) (Entered: 05/24/2006) |
| 05/23/2006 | 530 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Jury Selection and Voir Dire held on 5/23/2006 as to Edwin Colon–Diaz. **Further Jury Trial set for 5/24/2006 02:00 PM.** (Court Reporter Donna W. Dratwa.) (om, ) (Entered: 05/24/2006) |
| 05/24/2006 | 527 | | Second MOTION in Limine by Edwin Colon–Diaz. Suggestions in opposition/response due by 6/6/2006 (Bauza–Torres, Antonio) (Entered: 05/24/2006) |
| 05/24/2006 | 528 | | Third MOTION in Limine by Edwin Colon–Diaz. Suggestions in opposition/response due by 6/6/2006 (Bauza–Torres, Antonio) (Entered: 05/24/2006) |

| 05/24/2006 | 534 | | Minute Entry for proceedings held before Judge Daniel R Dominguez :First day of Jury Trial as to Edwin Colon–Diaz held on 5/24/2006. **Further Jury Trial set for 5/25/2006 02:00 PM before Judge Daniel R. Dominguez.** Governments' Exhibits 1,2,3 admitted.(Court Reporter Donna W. Dratwa.) (om, ) (Entered: 05/26/2006) |
| 05/24/2006 | 535 | | Minute Entry for proceedings held before Judge Daniel R Dominguez :First day of Jury trial as to Edwin Colon–Diaz. The minutes of proceedings (Docket No. 534) should reflect that Diane Breaz was the Court Reporter present in court, not Donna W. Dratwa. (Court Reporter Diane Breaz.) (om, ) (Entered: 05/26/2006) |
| 05/25/2006 | 532 | | Fourth MOTION in Limine *MOTION FOR ORDER REGARDING PRESENTATION OF EVIDENCE* by Edwin Colon–Diaz. Suggestions in opposition/response due by 6/7/2006 (Bauza–Torres, Antonio) (Entered: 05/25/2006) |
| 05/25/2006 | 533 | | Second MOTION for Disclosure *Regarding Discovery* by Edwin Colon–Diaz. Suggestions in opposition/response due by 6/7/2006 (Bauza–Torres, Antonio) (Entered: 05/25/2006) |
| 05/25/2006 | | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Second day of jury trial as to Edwin Colon–Diaz: **Further Jury Trial set for 5/26/2006 02:00 PM before Judge Daniel R. Dominguez.** Governments' Exhibit 4 admitted. Jury notes 1, and 2 attached herein. (Court Reporter Diane Breaz.) (om, ) (Entered: 05/26/2006) |
| 05/25/2006 | 536 | | Minute Entry for proceedings held before Judge Daniel R Dominguez :Second day Jury Trial as to Edwin Colon–Diaz held on 5/25/2006: **Further Jury Trial set for 5/26/2006 02:00 PM before Judge Daniel R. Dominguez.** Governments' Exhibit 4 admitted. Jury notes 1, and 2 attached herein. (Court Reporter Diane Breaz.) (om, ) (Entered: 05/26/2006) |
| 05/26/2006 | 537 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez : Third day of Further Jury Trial as to Edwin Colon–Diaz held on 5/26/2006. **Further Jury Trial set for 5/30/2006 02:00 PM before Judge Daniel R. Dominguez.** (Court Reporter Diane Breaz.) (om, ) (Entered: 06/02/2006) |
| 05/30/2006 | 538 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Fourth day of Jury Trial as to Edwin Colon–Diaz held on 5/30/2006: **Further Jury Trial set for 5/31/2006 02:00 PM before Judge Daniel R. Dominguez.** (Court Reporter Donna W. Dratwa.) (om, ) (Entered: 06/05/2006) |
| 05/31/2006 | 539 | | Minute Entry for proceedings held before Judge Daniel R Dominguez :Fifth day of Further Jury Trial as to Edwin Colon–Diaz held on 5/31/2006. **Further Jury Trial set for 6/1/2006 02:00 PM.** Government's Exhibits 5, 6, 6a, 6b, 6c, and 6d are admitted.(Court Reporter |

| | | | |
|---|---|---|---|
| | | | Donna W. Dratwa.) (om, ) (Entered: 06/05/2006) |
| 06/01/2006 | <u>540</u> | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Sixth day of Jury Trial as to Edwin Colon–Diaz held on 6/1/2006: **Further Jury Trial set for 6/5/2006 02:00 PM before Judge Daniel R. Dominguez.** Jury notes 3 &4 attached herein. (Court Reporter Donna W. Dratwa.) (om, ) (Entered: 06/05/2006) |
| 06/05/2006 | <u>541</u> | | Minute Entry for proceedings held before Judge Daniel R. Dominguez : Seventh day of Jury Trial as to Edwin Colon–Diaz held on 6/5/2006. **Further Jury Trial set for 6/6/2006 02:00 PM.** (Court Reporter Donna W. Dratwa.) (om, ) (Entered: 06/07/2006) |
| 06/06/2006 | <u>542</u> | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Eighth day of Jury Trial as to Edwin Colon–Diaz held on 6/6/2006: **Further Jury Trial set for 6/12/2006 02:00 PM.** Governments' Exhibits 8a, 8b, 8c, 9a, 9b, 9c, 9d, 9e, 9f, 9g, 9h, and 9i are admitted. (Court Reporter Donna W. Dratwa.) (om, ) (Entered: 06/07/2006) |
| 06/12/2006 | <u>543</u> | | Minute Entry for proceedings held before Judge Daniel R Dominguez : Ninth Day of Jury Trial as to Edwin Colon–Diaz held on 6/12/2006. Testimony heard on behalf of the Government. **Further Jury Trial set for 6/13/2006 02:00 PM in HL's Courtroom before Judge Daniel R Dominguez.** Exhs Adm.: 8(d), 10 (both to be translated) (Court Reporter Donna W. Dratwa.) (br, ) (Entered: 06/13/2006) |
| 06/13/2006 | 544 | | TRANSCRIPT of 2nd day of further jury trial (testimony) as to Edwin Colon–Diaz held on 5/24/06 before Judge Daniel R. Dominguez. Court Reporter: Diane Breaz. (np, ) (Entered: 06/13/2006) |
| 06/13/2006 | 545 | | TRANSCRIPT of 3rd day of further jury trial as to Edwin Colon–Diaz held on 5/25/06 before Judge Daniel R. Dominguez. Court Reporter: Diane Breaz. (np, ) (Entered: 06/13/2006) |
| 06/13/2006 | 546 | | TRANSCRIPT of 4th day of further jury trial as to Edwin Colon–Diaz held on 5/26/06 before Judge Daniel R. Dominguez. Court Reporter: Diane Breaz. (np, ) (Entered: 06/13/2006) |
| 06/13/2006 | <u>547</u> | | Minute Entry for proceedings held before Judge Daniel R Dominguez : TENTH DAYJury Trial as to Edwin Colon–Diaz held on 6/13/2006. Testimony heard on behalf of the Government.**Further Jury Trial set for 6/14/2006 02:00 PM in HL's Courtroom before Judge Daniel R Dominguez.**Exhs Adm.: 11 &12 (to be translated) (Court Reporter Donna W. Dratwa.) (br, ) (Entered: 06/14/2006) |
| 06/14/2006 | <u>549</u> | | Minute Entry for proceedings held before Judge Daniel R Dominguez : ELEVENTH DAY of Jury Trial as to Edwin Colon–Diaz held on 6/14/2006. Testimony heard on behalf of the Government. **Further Jury Trial set for 6/15/2006 11:30 AM in DRD's Courtroom before Judge Daniel R Dominguez.** Exhs adm.: 13(a), 13(b), 13(c), 13(f).(Court Reporter Donna W. Dratwa.) (br, ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/15/2006) |
| 06/15/2006 | <u>548</u> | | MOTION for Order to Show Cause by Edwin Colon–Diaz. (Bauza–Torres, Antonio) (Entered: 06/15/2006) |
| 06/15/2006 | <u>550</u> | | Minute Entry for proceedings held before Judge Daniel R Dominguez : TWELVETH DAY of Jury Trial as to Edwin Colon–Diaz held on 6/15/2006. Testimony heard on behalf of the Government. **Further Jury Trial set for 6/16/2006 01:00 PM in DRD's Courtroom before Judge Daniel R Dominguez.**Exhs Adm.: 13(d), 13(e). (Court Reporter Donna W. Dratwa.) (br, ) (Entered: 06/15/2006) |
| 06/16/2006 | <u>551</u> | | Minute Entry for proceedings held before Judge Daniel R Dominguez : THIRTEENTH DAY of Jury Trial as to Edwin Colon–Diaz held on 6/16/2006. Testimony heard on behalf of the Government. The Government is reminded that Exhibits 17(a) through 17(e) are to be translated. **Further Jury Trial set for 6/19/2006 01:00 PM in DRD's Courtroom before Judge Daniel R Dominguez.** Exhs. Adm.:14(a),14(b),15,16,17(a),17(b),17(c),17(d),17(e).(Court Reporter Donna W. Dratwa.) (br, ) (Entered: 06/16/2006) |
| 06/19/2006 | <u>552</u> | | Minute Entry for proceedings held before Judge Daniel R Dominguez : FOURTEENTH DAY of Jury Trial as to Edwin Colon–Diaz held on 6/19/2006. Testimony heard on behalf of the Government. Jury Note received and file. **Further Jury Trial set for 6/20/2006 11:00 AM in DRD's Courtroom before Judge Daniel R Dominguez.** Exhs. Adm.: 18(a), 18(b), 18(c), 19(a), 21(a), 21(b), 22(a), 22(b).(Court Reporter Donna W. Dratwa.) (br, ) (Entered: 06/20/2006) |
| 06/19/2006 | <u>553</u> | | Jury Note (br, ) (Entered: 06/20/2006) |
| 06/20/2006 | <u>554</u> | | Stipulation to chemists' testimony and chain of custody. (br, ) (Entered: 06/20/2006) |
| 06/20/2006 | <u>555</u> | | Minute Entry for proceedings held before Judge Daniel R Dominguez : FIFTEENTH DAY of Jury Trial as to Edwin Colon–Diaz held on 6/20/2006. Testimony heard on behalf of the Government. Government rests its case. Defense moved for Rule 29 motion. The Court denied the motion after hearing the parties. **Further Jury Trial set for 6/21/2006 09:00 AM in DRD's Courtroom before Judge Daniel R Dominguez.** Govn't Exhs Adm.: 7, 20(a) thru 20(c), 23, 24(a) thru 24(e) &24(g) thru 24(k), 28(a) thru 28(g), 29(a) thru 29(c), 30(a) &30(b). Deft Exhs Adm.: B &C.(Court Reporter Donna W. Dratwa.) (br, ) (Entered: 06/20/2006) |
| 06/21/2006 | <u>556</u> | | Minute Entry for proceedings held before Judge Daniel R Dominguez : SIXTEENTH DAY of Jury Trial as to Edwin Colon–Diaz held on 6/21/2006. Citibank is to produce the $40,000 check requested by defense for 6/28/06, by 1:00 p.m. **Charge Conference set for** |

| | | |
|---|---|---|
| | | **6/28/2006 02:00 PM in DRD's Chambers before Judge Daniel R Dominguez. Further Jury Trial set for 6/29/2006 09:00 AM in DRD's Courtroom before Judge Daniel R Dominguez.** (Court Reporter Donna W. Dratwa.) (br, ) (Entered: 06/22/2006) |
| 06/23/2006 | <u>560</u> | Second INFORMATIVE motion regarding Notice of Expert. by USA as to Edwin Colon–Diaz. (Avila–Jimenez, Dina) (Entered: 06/23/2006) |
| 06/26/2006 | <u>562</u> | MOTION Requesting Order *or Ruling that the Testimony of Jose Santiago not be Allowed at Trial and Objecting to his Late Notification as a Purported Expert* by Edwin Colon–Diaz. (Bauza–Torres, Antonio) (Entered: 06/26/2006) |
| 06/27/2006 | <u>563</u> | Proposed Jury Instructions by USA as to Edwin Colon–Diaz (Avila–Jimenez, Dina) (Entered: 06/27/2006) |
| 06/27/2006 | <u>564</u> | RESPONSE in Opposition by USA as to Edwin Colon–Diaz re <u>562</u> MOTION Requesting Order *or Ruling that the Testimony of Jose Santiago not be Allowed at Trial and Objecting to his Late Notification as a Purported Expert* filed by Edwin Colon–Diaz, (Avila–Jimenez, Dina) (Entered: 06/27/2006) |
| 06/28/2006 | <u>565</u> | MOTION to Withdraw Document <u>563</u> Proposed Jury Instructions by USA as to Edwin Colon–Diaz. (Avila–Jimenez, Dina) (Entered: 06/28/2006) |
| 06/28/2006 | <u>566</u> | Proposed Jury Instructions by USA as to Edwin Colon–Diaz (Avila–Jimenez, Dina) (Entered: 06/28/2006) |
| 06/29/2006 | <u>573</u> | Minute Entry for proceedings held before Judge Daniel R Dominguez : Further Jury Trial (17th Day) as to Edwin Colon–Diaz held on 6/29/2006. The Govn't reopened the case. Testimony heard for the Govn't and defense. The parties rests their case. Closing arguments heard. Jury instructions delivered to the jury by the Court. Jury retires to deliberate. Jury request to commence tomorrow. **Further Jury Trial set for 6/30/2006 09:00 AM in DRD's Courtroom before Judge Daniel R Dominguez.** Exhs. Adm.: D, E, F, G (Court Reporter Donna W. Dratwa.) (br, ) (Entered: 07/04/2006) |
| 06/29/2006 | <u>574</u> | Jury Instructions as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/29/2006 | <u>575</u> | Jury Note #1 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>569</u> | Proposed Jury Instructions by Edwin Colon–Diaz (Bauza–Torres, Antonio) (Entered: 06/30/2006) |
| 06/30/2006 | <u>570</u> | ORDER re <u>569</u> Proposed Jury Instructions filed by Edwin Colon–Diaz. For the reasons stated herein, Defendant's motion requesting special instruction is DENIED. IT IS SO ORDERED.  Signed by Judge Daniel R. Dominguez on 6/30/2006. (gs) (Entered: 06/30/2006) |
| 06/30/2006 | <u>576</u> | Minute Entry for proceedings held before Judge Daniel R Dominguez : FurtherJury Trial (18th Day) as to Edwin Colon–Diaz held on 6/30/2006. Further jury instructions provided. Jury commenced deliberations. Verdict |

| | | | |
|---|---|---|---|
| | | | read and filed. Defendant found guilty as to Cts. 1,2,3,4,5. Sensitive exhibits were ret'd to the Govn't. All other exhibits will be kept by the Clerk of Court.**Defense to renew Rule 29 motion due by 7/12/2006. Sentencing Hearing set for 9/29/2006 11:00 AM in DRD's Courtroom before Judge Daniel R Dominguez.** PSI to be issued. Deft. remains u/c. (Jury notes 2 through 11)(Court Reporter Donna W. Dratwa.) (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>577</u> | | Further Jury Instructions as to Exhibit 13(e) as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>578</u> | | Jury Note #2 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>579</u> | | Jury Note #3 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>580</u> | | Jury Note #4 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>581</u> | | Jury Note #5 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>582</u> | | Jury Note #6 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>583</u> | | Jury Note #7 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>584</u> | | Jury Note #8 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>585</u> | | Jury Note #9 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>586</u> | | Jury Note #10 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>587</u> | | Jury Note #11 as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>588</u> | | JURY VERDICT as to Edwin Colon–Diaz (1) Guilty on Count 1s,2s–5s. (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>589</u> | | EXHIBIT LIST by USA as to Edwin Colon–Diaz (br, ) (Additional attachment(s) added on 3/22/2010: #<u>1</u> order) (np). (Entered: 07/04/2006) |
| 06/30/2006 | <u>590</u> | | EXHIBIT LIST by Edwin Colon–Diaz (br, ) (Additional attachment(s) added on 3/22/2010: #<u>1</u> order) (np). (Entered: 07/04/2006) |
| 06/30/2006 | <u>591</u> | | COURT EXHIBIT LIST (br, ) (Entered: 07/04/2006) |
| 06/30/2006 | <u>592</u> | | CONVICTION Notification for U.S. Probation Office as to Edwin Colon–Diaz (br, ) (Entered: 07/04/2006) |
| 07/05/2006 | <u>593</u> | | First MOTION for Extension of Time to File document *Motion Requesting Extension* until 20 days to To file Rule 29 of Criminal Procedure written Motion by Edwin Colon–Diaz. (Bauza–Torres, Antonio) (Entered: 07/05/2006) |
| 07/07/2006 | <u>594</u> | | NOTICE OF ATTORNEY APPEARANCE: Rafael F. Castro–Lang appearing for Edwin Colon–Diaz (Castro–Lang, Rafael) (Entered: 07/07/2006) |
| 07/07/2006 | <u>595</u> | | INFORMATIVE motion *AND FOR EXTENSION OF TIME TO FILE POST VERDICT RULE 29 MOTION* by Edwin Colon–Diaz. (Castro–Lang, Rafael) (Entered: 07/07/2006) |

| 07/10/2006 | 596 | | ORDER granting 593 Motion for Extension of Time to File as to Edwin Colon–Diaz (1); granting 595 Informative Motion as to Edwin Colon–Diaz (1). Appearance of Rafael F. Castro Lang as attorney for defendant 594 is hereby noted. Signed by Judge Daniel R Dominguez on 7–10–06. (nild, ) (Entered: 07/10/2006) |
| 07/10/2006 | 597 | | First MOTION to Withdraw as Attorney *MOTION REQUESTING WITHDRAWAL* by Antonio Bauz?–Torres. by Edwin Colon–Diaz. (Bauza–Torres, Antonio) (Entered: 07/10/2006) |
| 07/28/2006 | 602 | | ORDER as to Edwin Colon–Diaz re 594 Notice of Attorney Appearance – Defendant filed by Edwin Colon–Diaz, is NOTED. 597 First MOTION to Withdraw as Attorney *MOTION REQUESTING WITHDRAWAL* by Antonio Bauza–Torres is GRANTED.  IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 07/28/2006. (om, ) (Entered: 07/28/2006) |
| 09/07/2006 | 613 | | TRANSCRIPT of Proceedings as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel R. Robles–Cruz, Saul Andrades–Millan, Antonio Morales–Torres, Ramon Santiago–Almanzar. Status confernce held on August 10, 2005 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (om, ) (Entered: 09/08/2006) |
| 09/22/2006 | 621 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Edwin Colon–Diaz (np, ) (Entered: 09/26/2006) |
| 09/25/2006 | 620 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA, USA as to Edwin Colon–Diaz (Avila–Jimenez, Dina) (Entered: 09/25/2006) |
| 09/28/2006 | 622 | | RESPONSE in Opposition by Edwin Colon–Diaz re 620 Objection to Presentence Investigation Report filed by USA, (Castro-Lang, Rafael) (Entered: 09/28/2006) |
| 09/29/2006 | 623 | | Minute Entry for proceedings held before Judge Daniel R. Dominguez :Sentencing held on 9/29/2006 for Edwin Colon–Diaz (1), Counts 1s, 2s, 3s, 4s, 5s. TERM OF IMPRISONMENT: 240 MONTHS as to each counts One (1s) thru Five (5s) to be served concurrently with each other. SUPERVISED RELEASE TERM: TEN (10) years as to each counts One (1s) thru Five (5s) to be served concurrently with each other. SMA: $500.00. Edwin Colon–Diaz terminated.  (Court Reporter Donna W. Dratwa.) (om, ) (Entered: 09/29/2006) |
| 10/05/2006 | 625 | | JUDGMENT as to Edwin Colon–Diaz (1)Counts (One) 1s through Five (5s): TERM OF IMPRISONMENT: 240 MONTHS as to each counts One (1s) thru Five (5s) to be served concurrently with each other. SUPERVISED RELEASE TERM: TEN (10) years as to each counts One (1s) thru Five (5s) to be served concurrently with each other. SMA: $500.00. Signed by Judge Daniel R. Dominguez on 10/04/2006. (om, ) (Entered: 10/05/2006) |

| 10/05/2006 | 628 | | NOTICE OF APPEAL by Edwin Colon–Diaz re 625 Judgment, **Appeal Record due by 10/20/2006.** (Castro–Lang, Rafael) (Entered: 10/05/2006) |
|---|---|---|---|
| 10/05/2006 | | | USCA Appeal Fees received $ 455, receipt number 165702 as to Edwin Colon–Diaz re 628 Notice of Appeal – Final Judgment: (ne, ) (Entered: 10/05/2006) |
| 11/01/2006 | 629 | | Certified and Transmitted Record on Appeal as to Edwin Colon–Diaz to US Court of Appeals re 628 Notice of Appeal – Final Judgment (Copies of dkts. 2,...,628) (xi, ) (Entered: 11/01/2006) |
| 11/21/2006 | 634 | | Order Returning PSI to USPO as to Edwin Colon–Diaz . Signed by Clerk on 10–24–06. (jp, ) (Entered: 11/21/2006) |
| 01/17/2007 | 644 | | USCA Case Number as to Edwin Colon–Diaz 06–2550 for 628 Notice of Appeal – Final Judgment filed by Edwin Colon–Diaz. (xi, ) (Entered: 01/17/2007) |
| 02/14/2007 | 645 | | TRANSCRIPT of Sentencing Proceedings as to Edwin Colon–Diaz held on September 29, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (af, ) (xi). (Entered: 02/16/2007) |
| 02/16/2007 | 646 | | Transmitted Supplemental Record on Appeal as to Edwin Colon–Diaz re 628 Notice of Appeal – Final Judgment (Dkt. 645/Transcript) (xi, ) (Entered: 02/16/2007) |
| 06/07/2007 | 652 | | TRANSCRIPT of Jury Voir dire Proceedings as to Edwin Colon–Diaz held on May 23, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (om, ) (Entered: 06/08/2007) |
| 06/07/2007 | 653 | | TRANSCRIPT of Jury trial held on June 30, 2006 as to Edwin Colon–Diaz before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (om, ) (Entered: 06/08/2007) |
| 06/07/2007 | 654 | | ****DUPLICATE OF DKT. #645***** TRANSCRIPT of Sentencing Proceedings as to Edwin Colon–Diaz held on September 29, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (om, ) Modified on 6/8/2007 (xi, ). (Entered: 06/08/2007) |
| 06/26/2007 | 655 | | TRANSCRIPT of Further Jury Trial as to Edwin Colon–Diaz held on 6/21/2006 before Judge DANIEL R. DOMINGUEZ. Court Reporter: DIANE BREAZ. (be, ) (Entered: 06/26/2007) |
| 06/26/2007 | 656 | | Transmitted Supplemental Record on Appeal as to Edwin Colon–Diaz re 628 Notice of Appeal – Final Judgment [Docket Entries 544–546, 652,653 Transcripts)] (xi, ) (Entered: 06/26/2007) |
| 06/28/2007 | 657 | | Transmitted Supplemental Record on Appeal as to Edwin Colon–Diaz re 628 Notice of Appeal – Final Judgment (Dkt. 655/Transcript) (xi, ) (Entered: 06/28/2007) |
| 07/27/2007 | 658 | | MOTION for Release of Funds in the amt of $25 for overpayment by Fed Correctional Institution, Fort Dix as to Edwin Colon–Diaz. (np, ) (Entered: 09/06/2007) |

| 09/06/2007 | 659 | | ORDER granting 658 Motion for Release of Funds as to Edwin Colon–Diaz (1). The Clerk of court is to return to the defendant the overpayment of $25.00 made by defendant at the address provided at Docket No. 658. Signed by Judge Daniel R Dominguez on 9–6–07. (nild, ) (Entered: 09/06/2007) |
| 02/12/2008 | 671 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on May 31, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 672 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 1, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 673 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 5, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 674 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 6, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 675 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 12, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 676 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 13, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 677 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 14, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 678 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 15, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 679 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 16, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 680 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 19, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 681 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 20, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/12/2008 | 682 | | TRANSCRIPT of Jury Trial Proceedings as to Edwin Colon–Diaz held on June 29, 2006 before Judge Daniel R. Dominguez. Court Reporter: Donna W. Dratwa. (jp, ) (np). (Entered: 02/14/2008) |
| 02/19/2008 | 683 | | Transmitted Supplemental Record on Appeal as to Edwin Colon–Diaz re 628 Notice of Appeal – Final Judgment [Docket Entries 621 (PSR) |

| | | | |
|---|---|---|---|
| | | | &671−682 (Transcripts)](xi) (Entered: 02/19/2008) |
| 05/02/2008 | | | Appeal Record Returned as to Edwin Colon−Diaz, Marcial Torres−Figueroa, Esteban Estrada−Diaz, Juan J. Del−Valle−Melendez: 417 Notice of Appeal, 466 Notice of Appeal, 492 Notice of Appeal, 628 Notice of Appeal (Copies, Transcripts #544−546, 557, 558, 567, 605, 606, 610, 613, 614, 617, 645, 652, 653, 655, 671−682 &PSR's)(xi) . (Entered: 05/02/2008) |
| 06/20/2008 | 692 | | MOTION for Return of personal Property by Edwin Colon−Diaz, pro−se. (Attachments: # 1 Envelope)(np) (Entered: 06/23/2008) |
| 07/11/2008 | 694 | | ORDER holding in abeyance 692 Motion for Return of Property/PostTrial as to Edwin Colon−Diaz (1). The United States is to express its position within the next five days. IT IS SO ORDERED(. Signed by Judge Daniel R. Dominguez on 7−11−08.) (nild) (Entered: 07/11/2008) |
| 07/16/2008 | 695 | | RESPONSE to Motion filed by USA as to Edwin Colon−Diaz re 692 MOTION for Return of Property/PostTrial filed by Edwin Colon−Diaz (Avila−Jimenez, Dina) (Entered: 07/16/2008) |
| 08/12/2008 | 696 | | MOTION for Return of Personal Property by Edwin Colon−Diaz, PRO SE. (Attachments: # 1 Exhibit spanish language, # 2 Envelope)(ab) (Entered: 08/15/2008) |
| 08/18/2008 | 697 | | RESPONSE to Motion filed by USA as to Edwin Colon−Diaz re 696 MOTION for Return of Property/PostTrial filed by Edwin Colon−Diaz (Avila−Jimenez, Dina) (Entered: 08/18/2008) |
| 08/25/2008 | 698 | | ORDER holding in abeyance 692 Motion for Return of Property/PostTrial as to Edwin Colon−Diaz (1); holding in abeyance 696 Motion for Return of Property/PostTrial as to Edwin Colon−Diaz (1). The United States is to express its position within the next ten days(. Signed by Judge Daniel R. Dominguez on 8−25−08.) (nild) (Entered: 08/25/2008) |
| 09/25/2008 | 699 | | ORDER holding in abeyance 692 Motion for Return of Property/PostTrial as to Edwin Colon−Diaz (1); holding in abeyance 696 Motion for Return of Property/PostTrial as to Edwin Colon−Diaz (1). The United States is to express its position as to this request within the next ten (10) days(. Signed by Judge Daniel R. Dominguez on 9−25−08.) (nild) (Entered: 09/25/2008) |
| 10/09/2008 | 700 | | ORDER noted 692 Motion for Return of Property/PostTrial as to Edwin Colon−Diaz (1); noted 696 Motion for Return of Property/PostTrial as to Edwin Colon−Diaz (1).Defendant's wife is to coordinate with AUSA Dina Avila at 787 766−5656 to enable coordination of the return of personal belongings of the defendant with the Agent in charge of the case. AUSA Dina Avila is to be notified as well as defendant Edwin Colon−Diaz(. Signed by Judge Daniel R. Dominguez on 10−9−08.) (nild) (Entered: 10/09/2008) |
| 10/20/2008 | 703 | | MOTION Requesting Transcripts by Edwin Colon−Diaz, pro−se. (Attachments: # 1 Envelope)(np) (Entered: 10/21/2008) |
| 11/05/2008 | 704 | | MOTION requesting a list of all deft's property by Edwin Colon−Diaz, pro−se. (Attachments: # 1 Envelope)(np) (Entered: 11/05/2008) |

| 11/20/2008 | 705 | | RESPONSE in Opposition by USA as to Edwin Colon–Diaz re 704 MOTION Requesting Order filed by Edwin Colon–Diaz (Avila–Jimenez, Dina) (Entered: 11/20/2008) |
|---|---|---|---|
| 12/08/2008 | 706 | | MOTION requesting a list of all deft's property by Edwin Colon–Diaz, pro−se. (Attachments: # 1 Envelope)(np) (Entered: 12/10/2008) |
| 12/12/2008 | 707 | | ORDER denying 703 Motion Requesting Transcript as to Edwin Colon–Diaz (1). Transcripts shall be provided by his retain counsel. IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 12/12/2008. (om) (Entered: 12/12/2008) |
| 12/12/2008 | 708 | | ORDER denying 704 Motion Requesting Order as to Edwin Colon–Diaz (1); denying 706 Motion Requesting Order as to Edwin Colon–Diaz (1). IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 12/12/2008. (om) (Entered: 12/12/2008) |
| 05/27/2009 | 721 | | MOTION to Vacate under 28 U.S.C. 2255 by Edwin Colon–Diaz. (Zeno, Alexander)<br>Civil case 3:09−cv−1472 opened. (Entered: 05/27/2009) |
| 08/20/2009 | 733 | | MOTION for Return of Property by Edwin Colon–Diaz, pro−se. (Attachments: # 1 Envelope)(np) (Entered: 08/21/2009) |
| 10/22/2009 | 736 | | MOTION requesting status of motion re 733 MOTION for Return of Property/PostTrial by Edwin Colon–Diaz, pro−se. (Attachments: # 1 Exhibit, # 2 Envelope)(np) (Entered: 10/23/2009) |
| 02/10/2010 | 740 | | ORDER holding in abeyance 733 Motion for Return of Property/PostTrial as to Edwin Colon–Diaz (1); noted 736 Motion Requesting Order as to Edwin Colon–Diaz (1). The United States is to respond to this motion within the next five (5) days.Signed by Judge Daniel R. Dominguez on 2−10−10. (nild) (Entered: 02/10/2010) |
| 02/12/2010 | 741 | | RESPONSE in Opposition *AND MOTION REQUESTING ORDER* by USA as to Edwin Colon–Diaz re 733 MOTION for Return of Property/PostTrial filed by Edwin Colon–Diaz, 736 MOTION Requesting Order re 733 MOTION for Return of Property/PostTrial filed by Edwin Colon–Diaz (Avila–Jimenez, Dina) (Entered: 02/12/2010) |
| 02/12/2010 | 742 | | RESPONSE in Opposition *SUPPLEMENTAL* by USA as to Edwin Colon–Diaz re 733 MOTION for Return of Property/PostTrial filed by Edwin Colon–Diaz, 736 MOTION Requesting Order re 733 MOTION for Return of Property/PostTrial filed by Edwin Colon–Diaz (Avila–Jimenez, Dina) (Entered: 02/12/2010) |
| 02/16/2010 | 743 | | ORDER denying 733 Motion for Return of Property/PostTrial as to Edwin Colon–Diaz (1). See Docket 742. As explained by the United States the documents were returned to defendant's attorney and the jewelry and the money were administratively seized. It is so ordered.Signed by Judge Daniel R. Dominguez on 2−17−09. (nild) (Entered: 02/16/2010) |
| 03/22/2010 | 753 | | MOTION regarding appointment of cnsl by Edwin Colon–Diaz in Spanish language, pro−se. (np) (Additional attachment(s) added on 3/24/2010: # 1 Envelope) (np). (Entered: 03/24/2010) |

| 04/13/2010 | 754 | | MOTION requesting status re 753 MOTION regarding appointment of cnsl by Edwin Colon–Diaz, pro–se. (Attachments: # 1 Envelope)(np) (Entered: 04/14/2010) |
| 05/21/2010 | 756 | | SECOND MOTION requesting status re 753 and 754 by Edwin Colon–Diaz, pro–se. (Attachments: # 1 Envelope)(np) (Entered: 05/24/2010) |
| 08/12/2010 | 760 | | THIRD MOTION requesting status re 753 and 754 by Edwin Colon–Diaz, pro–se. (Attachments: # 1 Envelope)(np) (Entered: 08/13/2010) |
| 09/22/2010 | 767 | | ORDER denying 753 Motion Requesting Order as to Edwin Colon–Diaz (1). Matter was decided at DE 743. IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 9/22/2010. (om) (Entered: 09/22/2010) |
| 09/22/2010 | 768 | | ORDER denying 754 Motion Requesting Order as to Edwin Colon–Diaz (1); noted and moot 756 Motion Requesting Order as to Edwin Colon–Diaz (1); noted and moot 760 Motion Requesting Order as to Edwin Colon–Diaz (1). See order entered at DE 743. IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 9/22/2010. (om) (Entered: 09/22/2010) |
| 10/18/2010 | 771 | | MOTION for Reconsideration re 768 Order on Motion Requesting Order by Edwin Colon–Diaz, pro–se. (Attachments: # 1 Envelope)(np) (Entered: 10/20/2010) |
| 06/21/2011 | 807 | | ORDER denying 771 Motion for Reconsideration filed by Edwin Colon–Diaz (1). Notwithstanding, the Clerk shall send other copy of docket 743 to the defendant. Matter of the return of property was already decided by the Court at DE 743. IT IS SO ORDERED. Signed by Judge Daniel R. Dominguez on 6/21/2011. (om) (Entered: 06/21/2011) |
| 09/20/2012 | 857 | | COPY OF JUDGMENT 2255 dismissing the complaint w/prejudice as to Edwin Colon–Diaz re 721 MOTION to Vacate under 28 U.S.C. 2255. Signed by Judge Daniel R. Dominguez on 9/20/12.(np) (Entered: 09/21/2012) |
| 10/28/2013 | 922 | | MOTION to Withdraw as Attorney by Jose A. Ruiz–Santiago. by USA as to Edwin Colon–Diaz, Angel Martell–Robles, Victor M. Diaz–Del–Valle, Marcial Torres–Figueroa, Angel Roman–Ayala, Zuleika Lozada–Santiago, Esteban Estrada–Diaz, Manuel Sabo–Santiago, Juan G. Rodriguez–Rodriguez, Adan Rodriguez–Medina, Felipe Cuadrado–Rosario, Jose L. Rodriguez–Ortiz, Rafael Soto–Torres, Jose A. Otero–Cruz, Dagmar Rodriguez–Andrades, Benjamin Perez–Alvarez, Mike Maldonado–Maldonado, Juan J. Del–Valle–Melendez, Noel Rafael Robles–Cruz, Saul Andrades–Millan, Antonio Morales–Torres, Ramon Santiago–Almanzar. Suggestions in opposition/response due by 11/15/2013 (Ruiz–Santiago, Jose) (Entered: 10/28/2013) |
| 11/01/2013 | 929 | | ORDER granting 922 Motion to Withdraw as Attorney. Jose A. Ruiz–Santiago withdrawn from case. Signed by Judge Daniel R. Dominguez on 11/1/13. (su) (Entered: 11/01/2013) |
| 03/24/2015 | 982 | | MOTION to Reduce Sentence – USSC Amendment 782 by Edwin Colon–Diaz (1), pro se. (Attachments: # 1 Envelope) (mrb) (Entered: 03/24/2015) |

| | | | |
|---|---|---|---|
| 04/23/2015 | 986 | | INITIAL ORDER RE: AMENDMENT 782 as to Edwin Colon–Diaz (1) re 982 MOTION to Reduce Sentence – USSC Amendment 782 filed by Edwin Colon-Diaz. Signed by Clerk on 4/23/2015. Copy sent to defendant by mail.(amr) (Entered: 04/23/2015) |
| 06/03/2015 | 990 | | REPORT AND RECOMMENDATION on Amendment 782 qualifying as to Edwin Colon–Diaz (1), Set/Reset Motion and RRDeadlines/Hearings **Objections to RRdue by 6/22/2015 Suggestions in opposition/response due by 6/22/2015** Signed by U.S.Magistrate Judge Justo Arenas on 6/3/2015.(Arenas, Justo) Modified on 6/4/2015 sc to deft (np). (Entered: 06/03/2015) |
| 07/15/2015 | 1001 | | Subsequent Disagreement Memoranda Re: Amendment 782 by USA as to Edwin Colon–Diaz (1) (Fernandez–Gonzalez, Myriam) (Entered: 07/15/2015) |
| 07/27/2015 | 1004 | | Subsequent Disagreement Memoranda Re: Amendment 782 by Edwin Colon–Diaz (1) (Ramos–Vega, Hector) (Entered: 07/27/2015) |
| 07/28/2015 | 1005 | | OBJECTION TO 1001 Subsequent Disagreement Memoranda Re: Amendment 782 by Edwin Colon–Diaz (1), pro se. (Attachments: # 1 Envelope) (nat) (Entered: 07/29/2015) |
| 07/30/2015 | 1006 | | Subsequent Motion Re: Amendment 782 – Report by US Probation as to Edwin Colon–Diaz (1). Suggestions in opposition/response due by 8/17/2015 (U.S. Probation Officer, Carlos Cancio) (Entered: 07/30/2015) |
| 08/25/2015 | 1011 | | MOTION to Withdraw as Attorney by Jose A. Contreras. by USA as to Edwin Colon–Diaz (1), Angel Martell–Robles (2), Victor M. Diaz–Del–Valle (3), Marcial Torres–Figueroa (4), Angel Roman–Ayala (5), Zuleika Lozada–Santiago (6), Esteban Estrada–Diaz (7), Manuel Sabo–Santiago (8), Juan G. Rodriguez–Rodriguez (9), Adan Rodriguez–Medina (10), Felipe Cuadrado–Rosario (11), Jose L. Rodriguez–Ortiz (12), Rafael Soto–Torres (13), Jose A. Otero–Cruz (14), Dagmar Rodriguez–Andrades (15), Benjamin Perez–Alvarez (16), Mike Maldonado–Maldonado (17), Juan J. Del–Valle–Melendez (18), Noel Rafael Robles–Cruz (19), Saul Andrades–Millan (20), Antonio Morales–Torres (21), Ramon Santiago–Almanzar (22). Suggestions in opposition/response due by 9/11/2015 (Contreras, Jose) (Entered: 08/25/2015) |
| 08/26/2015 | 1012 | | ORDER granting 1011 Motion to Withdraw as Attorney. Jose A. Contreras withdrawn from case. as to Edwin Colon–Diaz (1), Angel Martell–Robles (2), Victor M. Diaz–Del–Valle (3), Marcial Torres–Figueroa (4), Angel Roman–Ayala (5), Zuleika Lozada–Santiago (6), Esteban Estrada–Diaz (7), Manuel Sabo–Santiago (8), Juan G. Rodriguez–Rodriguez (9), Adan Rodriguez–Medina (10), Felipe Cuadrado–Rosario (11), Jose L. Rodriguez–Ortiz (12), Rafael Soto–Torres (13), Jose A. Otero–Cruz (14), Dagmar Rodriguez–Andrades (15), Benjamin Perez–Alvarez (16), Mike Maldonado–Maldonado (17), Juan J. Del–Valle–Melendez (18), Noel Rafael Robles–Cruz (19), Saul Andrades–Millan (20), Antonio Morales–Torres (21), Ramon Santiago–Almanzar (22). Signed by Judge Daniel R. Dominguez on 8/26/2015. (amr) (Entered: 08/26/2015) |
| 11/09/2015 | 1015 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Return of Property/PostTrial by Edwin Colon−Diaz (1), pro−se. Suggestions in opposition/response due by 11/30/2015 (Attachments: # 1 Exhibits, # 2 Envelope)(np) (Entered: 11/13/2015) |
| 12/07/2015 | 1016 | 25 | ORDER REGARDING SENTENCE – USSC Amendment 782 as to Edwin Colon−Diaz (1). NOTED 1006 Subsequent Motion Re: Amendment 782 – Report filed by US Probation & 990 Report and Recommendation on Amendment 782. **DENIED 982 MOTION to Reduce Sentence – USSC Amendment 782 filed by Edwin Colon−Diaz.** Signed by Judge Daniel R. Dominguez on 12/07/2015.(amr) (Entered: 12/07/2015) |
| 12/22/2015 | 1017 | 26 | NOTICE OF APPEAL filed by Edwin Colon−Diaz (1), pro se re 1016 Order Regarding Sentence – USSC Amendment 782. (Attachments: # 1 Envelope) (xi) (Entered: 12/23/2015) |
| 12/31/2015 | 1018 | | ORDER as to Edwin Colon−Diaz (1). re 1015 Motion for Return of Property/PostTrial filed by Edwin Colon−Diaz. The United States Government is to state its position to defendant, Edwitn Colon−Diaz' Motion filed at docket entry 1015 within the next ten working days. **Response to Motion Deadline due by 1/19/2016.** Signed by Judge Daniel R. Dominguez on 12/31/2015.(amr) (Entered: 12/31/2015) |
| 01/04/2016 | 1019 | 29 | Certified and Transmitted Record on Appeal as to Edwin Colon−Diaz (1) to US Court of Appeals re 1017 Notice of Appeal – Final Judgment [Docket Entries 1016 & 1017] s/c: Edwin Colon−Diaz, Reg. #24459−069, FCI Jesup, 2680 301 SOUTH, JESUP, GA 31599. (xi) (Entered: 01/04/2016) |

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

United States of America
v.
EDWIN COLON-DIAZ

Date of Original Judgment: _____ 10/05/2006 _____
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)

Case No:  05-CR-194-01 (DRD)

USM No:  24459-069

Hector Ramos-Vega, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Denied.  The defendant has a disciplinary record.

"Subject to the limits set forth in Section 1B1.10(b), the Court shall consider the nature and seriousness of the danger to any person or the community that may be posed by a reduction in the defendant's term of imprisonment."  Application note 1(B)(iii) further directs that "the Court may consider post-sentencing conduct of the defendant that occurred after the imposition of the original term of imprisonment."

Except as otherwise provided, all provisions of the judgment dated _____ 10/05/2006 _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____ 12/07/2015 _____

s/ Daniel R. Dominguez
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Daniel R. Dominguez  Senior District Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTIRCT OF PUERTO RICO

EDWIN COLON-DIAZ,

    Petitioner - Appellant,

vs.

UNITED STATES OF AMERICA,

    Respondent - Appelle,

_____ /

05-194 (DRD)

~~Docket No: 09-1472 (DRD)~~

RECEIVED & FILED
2015 DEC 22 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## **NOTICE OF APPEAL**

COMES NOW, Defendant Edwin Colon-Diaz and files this Notice of Appeal pursuant to Fed. R. App. P. Rule 4(c) on the District Court's denial of his Title 28 U.S.C. § 3582 motion for sentence reduction.

This Court's order was entered on December 7, 2015. (D.E. 1016)

Done this ⎵⎵, day of December 2015.

    Respectfully submitted,

    Edwin Colon-Diaz
    Reg. # 24459-069
    Federal Correctional Institution
    2680 301 South
    Jesup, GA 31599

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY, that a true and correct copy of this motion was mailed to: Nelson Perez-Sosa, Torre Chardón, Suite 1201, 350 Carlos Chardón Ave., San Juan, PR 00918, with sufficient First Class Postage prepaid via the Federal Bureau of Prison's Legal Mail System.

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 1Y day of December 2015 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

Edwin Colon-Diaz
Reg. # 24459-069
Federal Correctional Institution
2680 301 South
Jesup, GA 31599

Edwin Colon-Diaz
Register # 24459-069
Jesup FCI
2680 301 South
Jesup, GA 31599

United States District Court
for, Puerto Rico
Room 150 Federico
Degetau Federal Building
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767

15 DEC 2015 PM 1 L

RECEIVED &

2015 DEC 22   PM 5: 09
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

0093883713 C01B

28

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Abbreviated Record  to the Court of Appeals</u>

**DATE:**   **January 4, 2016**

**DC #:**    **05-194   (DRD)**
**Prior/Related USCA Cases #:  06-2550, 12-2325**

**APPEAL FEE PAID:**          **YES** _____     **NO**   **_X_**

**CASE CAPTION:**          **USA    v.   Edwin Colón-Díaz**
                                       **Defendant:   Edwin Colón-Díaz  (1)**

**IN FORMA PAUPERIS:**      **YES** _____     **NO**   **_X_**

**MOTIONS PENDING:**        **YES** _____     **NO**   **_X_**

**NOTICE OF APPEAL FILED BY:**          **Defendant,  pro se**

**APPEAL FROM:**          **Order  entered on 12/07/15**

**SPECIAL COMMENTS:**     **Electronically filed  documents**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                               **VOLUMES:**

**Docket Entries  1016  &  1017**                                **I**

I HEREBY CERTIFY that the enclosed documents contained herein are  the  pleadings as described above
and constitute the  record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk


s/c:   CM/ECF Parties, Appeals Clerk

# United States Court of Appeals
## For the First Circuit
—————————————

No. 16-1043

UNITED STATES

Appellee

v.

EDWIN COLON-DIAZ, a/k/a El Quemado

Defendant - Appellant

—————————————

**CASE OPENING NOTICE**

Issued: January 11, 2016


The above-captioned appeal was docketed in this court today pursuant to Rule 12 of the Federal Rules of Appellate Procedure. The above case number and caption should be used on all papers subsequently submitted to this court. If any party disagrees with the clerk's office's designation of the parties on appeal, it must file a motion to amend the caption with any supporting documentation attached. Absent an order granting such a motion, the parties are directed to use the above caption on all pleadings related to this case.

Appellant must complete and return the following forms to the clerk's office by **January 25, 2016** to be deemed timely filed:

- Appearance Form
- Transcript Report/Order Form (Please carefully read the instructions for completing and filing this form.)
- Docketing Statement

These forms are available on the court's website at www.ca1.uscourts.gov, under "Forms & Notices." Failure to comply with the deadlines set by the court may result in dismissal of the appeal for lack of diligent prosecution. See 1st Cir. R. 3.0, 10.0, and 45.0.

Upon confirmation by the circuit clerk that the record is complete either because no hearing was held, no transcript is necessary, or the transcript is on file, the clerk's office will set the briefing schedule and forward a scheduling notice to the parties.

Within seven days of filing the notice of appeal, appellant must pay the filing fee to the district court clerk. An indigent appellant who seeks to appeal in forma pauperis must file a motion and financial affidavit in the district court in compliance with Fed. R. App. P. 24. Unless this court is provided with notice of paying the filing fee to the clerk of the district court or filing a motion seeking in forma pauperis status within fourteen days of the date of this notice, this appeal may be dismissed for lack of prosecution. 1st Cir. R. 3.0(b).

An appearance form should be completed and returned immediately by any attorney who wishes to file pleadings in this court. 1st Cir. R. 12.0(a) and 46.0(a)(2). Any attorney who has not been admitted to practice before the First Circuit Court of Appeals must submit an application and fee for admission using the court's Case Management/Electronic Case Files ("CM/ECF") system prior to filing an appearance form. 1st Cir. R. 46.0(a). *Pro se* parties are not required to file an appearance form.

Dockets, opinions, rules, forms, attorney admission applications, the court calendar and general notices can be obtained from the court's website at www.ca1.uscourts.gov. Your attention is called specifically to the notice(s) listed below:

- Notice to Counsel and Pro Se Litigants
- Transcript Notice

If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Christine - (617) 748-9026

# United States Court of Appeals
## For the First Circuit

---

**NOTICE OF ELECTRONIC AVAILABILITY OF CASE INFORMATION**

The First Circuit has implemented the Federal Judiciary's Case Management/Electronic Case Files System ("CM/ECF") which permits documents to be filed electronically. In addition, most documents filed in paper are scanned and attached to the docket. In social security and immigration cases, members of the general public have remote electronic access through PACER only to opinions, orders, judgments or other dispositions of the court. Otherwise, public filings on the court's docket are remotely available to the general public through PACER. Accordingly, parties should not include in their public filings (including attachments or appendices) information that is too private or sensitive to be posted on the internet.

Specifically, Fed. R. App. P. 25(a)(5), Fed. R. Bank. P. 9037, Fed. R. Civ. P. 5.2 and Fed. R. Cr. P. 49.1 require that parties not include, or partially redact where inclusion is necessary, the following personal data identifiers from documents filed with the court unless an exemption applies:

- **Social Security or Taxpayer Identification Numbers.** If an individual's social security or taxpayer identification number must be included, only the last four digits of that number should be used.
- **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child should be used.
- **Dates of Birth.** If an individual's date of birth must be included, only the year should be used.
- **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.
- **Home Addresses in Criminal Cases.** If a home address must be included, only the city and state should be listed.

See also Rule 12 of this court's Administrative Order Regarding Case Management/Electronic Case Files System.

If the caption of the case contains any of the personal data identifiers listed above, the parties should file a motion to amend caption to redact the identifier.

Parties should exercise caution in including other sensitive personal data in their filings, such as personal identifying numbers, medical records, employment history, individual financial information, proprietary or trade secret information, information regarding an individual's cooperation with the government, information regarding the victim of any criminal activity, national security information, and sensitive security information as described in 49 U.S.C. § 114.

Attorneys are urged to share this notice with their clients so that an informed decision can be made about inclusion of sensitive information. The clerk will not review filings for redaction. Filers are advised that it is the experience of this court that failure to comply with redaction requirements is most apt to occur in attachments, addenda, or appendices, and, thus, special attention should be given to them. For further information, including a list of exemptions from the redaction requirement, see http://www.privacy.uscourts.gov/.

# United States Court of Appeals
## For the First Circuit
_____

### NOTICE TO COUNSEL REGARDING
### MANDATORY REGISTRATION AND TRAINING
### FOR ELECTRONIC FILING (CM/ECF)

Beginning January 1, 2010, CM/ECF is mandatory for all attorneys filing in this court. Therefore, we strongly encourage all attorneys who practice in this court to register as an ECF Filer as soon as possible and become familiar with the system. Before you may file documents electronically in the CM/ECF system, you must complete the following steps.

- **Complete both of the <span style="color:red">mandatory</span> Electronic Learning Modules (ELMs) located at** www.ca1.uscourts.gov on the CM/ECF (Electronic Filing) page. The lessons provide a step-by-step overview of how to file various types of documents, as well as how to avoid common filing errors.

- **Apply for admission if you are not a member of this court's bar**. In order to register as an ECF Filer, attorneys must be admitted to the bar of this court. For information on attorney admission, go to the Forms & Instructions page on the First Circuit's website at www.ca1.uscourts.gov.

- **Register for a PACER account at** http://www.pacer.psc.uscourts.gov if you or your law firm have not previously done so. A PACER account is required to view docket reports and electronically filed documents.

- **Register with PACER for a First Circuit Appellate ECF Filer account at** http://www.pacer.psc.uscourts.gov. You must register for an ECF Filer account with this court order to electronically file documents through the court's CM/ECF system. If you previously registered through PACER for electronic noticing in the First Circuit, and you are a member of the bar of the First Circuit Court of Appeals, you do not have to re-register for an appellate CM/ECF account.

- **Review the Administrative Order Regarding CM/ECF (which sets forth rules governing electronic filing) and the CM/ECF User's Guide.** Complete information about CM/ECF is available on the First Circuit's website at www.ca1.uscourts.gov.

cc:
Dina Avila-Jimenez
Edwin Colon-Diaz
Jose A. Contreras

Vivianne Marie Marrero-Torres
Nelson Jose Perez-Sosa
Hector Luis Ramos-Vega
Cesar S. Rivera-Giraud

# United States Court of Appeals
## For the First Circuit
_____

**NOTICE TO ALL CM/ECF USERS REGARDING**
**"NATIVE" PDF REQUIREMENT**

All documents filed electronically with the court must be submitted as "native" Portable Document ("PDF") files. See Rule 1 of the Administrative Order Regarding Case Management/Electronic Case Files System ("CM/ECF"). A **native PDF file** is created by electronically converting a word processing document to PDF using Adobe Acrobat or similar software. A **scanned PDF file** is created by putting a paper document through an optical scanner. Use a scanner ONLY if you do not have access to an electronic version of the document that would enable you to prepare a native PDF file.

If you fail to file a document in the correct format, you will be asked to resubmit it. Instructions for converting Word or WordPerfect documents to PDF are available on the court's website at http://www.ca1.uscourts.gov/sites/ca1/files/WP_Conversion.pdf.